**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324 PENSION
FUND, OPERATING ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                              Case No. 05-74749

v.                                               Hon. Lawrence P. Zatkoff

PWB CONSTRUCTION, INC., a Michigan
Corporation, AND KEVIN PORTER, Individually.

      Defendants.
_____/

| | |
|---|---|
| **DAVID J. SELWOCKI  P51375** | **MARC A. GOLDMAN (P24024)** |
| **ALAN S. HELMORE  P14856** | Attorney for Defendants |
| Sullivan, Ward, Asher & Patton, P.C. | 30300 Northwestern Hwy. Ste 312 |
| Attorneys for Plaintiffs | Farmington Hills, MI 48334 |
| 1000 Maccabees Center | 248.932.3500 |
| 25800 Northwestern Highway | |
| PO Box 222 | |
| Southfield MI  48037-0222 | |
| 248.746.0700 | |

_____/

**JUDGMENT**

      At a session of Court held in the City of Port Huron, St. Clair County, Michigan, on October 16, 2006.

      PRESENT:    Hon. Lawrence P. Zatkoff
                          U. S. District Court Judge

      This matter having come before the Court upon Plaintiffs' Motion for Entry of Judgment by Consent, the Court acknowledging that the parties entered into a Payment Agreement and agreed to a Consent Judgment, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Judgment is hereby entered against the Defendants, PWB CONSTRUCTION, INC. and KEVIN PORTER, Individually, in the amount of $32,974.69.

**IT IS FURTHER ORDERED** that Plaintiffs may move within ten (10) days of the date of entry of this Judgment by Consent to include the further mandates of 29 USC §1132(g)(2) upon further submission to the Court.

**IT IS FURTHER ORDERED** that this Honorable Court will retain jurisdiction of this matter to enforce the provisions of the Consent Judgment as set forth herein.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
Dated: October 16, 2006_              U.S. District Court Judge

APPROVED AS TO FORM & CONTENT:

s/ David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy.
Southfield, MI 48075-1000
248.746.0700
E-Filing:  MACROBUTTON HtmlResAnchor dwilson@swappc.com
P51375

s/ Marc A. Goldman with consent
Attorney for Defendants
30300 Northwestern Hwy.  Ste 312
Farmington Hills, MI 48334
248.932.3500
E-Filing:  mgoldman@marcagoldman.com
P24024

W0487878/A56-117351